3

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
FILED

AUG 1 4 1998

Michael N. Milby, Clerk of Court

*National Casualty Company*

§
§
§
§
§
§
§

*versus*

*Arturo Villarreal*

CIVIL ACTION B-96-107

## Order of Dismissal for Want of Prosecution

Because over sixty days have passed from the date an answer was due without either an answer or an action by the plaintiff, this action is dismissed without prejudice for want of prosecution.

Signed on ____August 14____, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

AUG 1 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

_____
Hilda G. Tagle
United States District Judge